**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHARLEY BASS, on behalf of
herself and on behalf of all
others similarly situated,

    Plaintiff,

v.   Case No: 8:22-cv-244-CEH-TGW

MED-CALL HEALTHCARE, INC.
and RISHER DUMPIT,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice as to Only Opt-In Plaintiffs Christine Demarco and Kathleen Loomis (Doc. 38). In accord with the Joint Stipulation of Voluntary Dismissal Without Prejudice as to Only Opt-In Plaintiffs Christine Demarco and Kathleen Loomis, it is **ORDERED**:

    1)    Opt-In Plaintiffs Christine Demarco and Kathleen Loomis, only, are dismissed, without prejudice, as parties to this litigation. Each party shall bear its own costs and attorneys' fees.

    2)    The Clerk is directed to terminate Opt-In Plaintiffs Christine Demarco and Kathleen Loomis as parties to this case.

**DONE AND ORDERED** in Tampa, Florida on September 30, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record