UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARLEY BASS,

    Plaintiff,

v.                                                         Case No: 8:22-cv-244-CEH-TGW

MED-CALL HEALTHCARE, INC.
and RISHER DUMPIT,

    Defendants.
_____/

## **O R D E R**

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice as to All Remaining Plaintiffs, Including Named Plaintiff and All Opt-In Plaintiffs (Doc. 45). In accord with the Joint Stipulation of Dismissal Without Prejudice as to All Remaining Plaintiffs, Including Named Plaintiff and All Opt-In Plaintiffs, it is **ORDERED**:

1) This cause is dismissed, without prejudice as to the remaining Plaintiffs, (including Named Plaintiff Sharley Bass, and Opt-In Plaintiffs Leanne Richards, Janadra Greenridge, and Wadine Noel), along with Defendants Med-Call HealthCare, Inc., and Risher Dumpit, as to all remaining claims of all remaining Plaintiffs.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 24, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record